No. 92–8613. EVANS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Stinson* v. *United States*, 508 U. S. 36 (1993).